IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No: 09 B 08774 |
| | ) | |
| David Molnar, | ) | Chapter 13 (Joliet) |
| | ) | |
| Debtor. | ) | Honorable Bruce W. Black |

## ORDER

**THIS CAUSE** coming before the court on the debtor's objection to the claim of Mauricia Molnar, the Court having jurisdiction and due notice having been given,

**IT IS HEREBY ORDERED** that:
1) the objection to claim 10-4 is continued to November 16, 2012 at 11:00 a.m.; and
2) the Trustee shall reserve disbursement in the amount of $10,000.00 for the priority claim of Mauricia Molnar until final disposition of the debtor's objection to that proof of claim.

DATED: September 28, 2012                    ENTERED:

_/s/ Bruce W. Black_
Bruce W. Black
Bankruptcy Judge